```
GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff
```

FILED ___ LODGED
RECEIVED ___ COPY

NOV - 3 2021

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR21-02854 TUC-JGZ(JR) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 924(a)(1)(A) (Making False Statements in Records of Federally Licensed Firearms Dealer) Counts 1 and 2 |
| Francisco Antonio Jimenez, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about July 22, 2020, in the District of Arizona, Defendant FRANCISCO ANTONIO JIMENEZ knowingly made a false statement and representation to Second Amendment Sports, Inc., licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Second Amendment Sports, Inc., in that Defendant FRANCISCO ANTONIO JIMENEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating that his current residence address was 9190 East Old Spanish Trail #3206, Tucson, Arizona, 85710, when in fact that was not his current residence address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about August 7, 2020, in the District of Arizona, Defendant FRANCISCO ANTONIO JIMENEZ knowingly made a false statement and representation to Diamondback Shooting Sports, Inc., licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Diamondback Shooting Sports, Inc., in that Defendant FRANCISCO ANTONIO JIMENEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating that his current residence address was 9190 East Old Spanish Trail #3206, Tucson, Arizona, 85710, when in fact that was not his current residence address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: November 3, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/S/

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney